NAME AND ADDRESS OF ATTORNEY
E. ESPINOZA
225 BROADWAY STE. 900
SAN DIEGO, CA 92101
Phone: 619-232-0661
X Retained ____ Appointed

FILED
ENTERED
LODGED
RECEIVED
MAY 14 1987
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE RUDI M. BREWSTER Court Reporter ____________

U.S. OF AMERICA
(~~Appellant~~/Appellee) Plaintiff

vs

SALVADOR ALONSO-ALDAMA
(Appellant/~~Appellee~~) Defendant

No. CR86-0824-3-B Criminal

Associated Cases: None

NOTICE OF APPEAL (CRIMINAL)

Notice is hereby given that SALVADOR ALONSO-ALDAMA defendant above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (check one)

( X ) Final Judgment ( ) Order (describe)

entered in this proceeding on the 11 day of MAY, 1987.
Transcript required X Yes ____ No
Date ( ✓ ) Indictment ( ) Information Filed ____________

DATED: 5-14-87 [signature]
Signature

NOTICE OF APPEAL MAY BE SIGNED BY:
(1) the defendant, or (2) defendant's attorney, or (3) the Clerk on request from defendant.

CO-DEFENDANTS IN CASE
JULIAN LOPEZ- CLARE

1001 Center Rd.
San Diego, CA
Defendant's address
(Court must be advised of any change)