# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Alonso-Aldama (B)_ ( ) No. _86-824-E_

( ) _____ ( ) _____ (

✓ Present  ✓ In Custody  __ On Bond  __ O/R  __ Probation  __ N/A  __ NTA  __ Surrender

Magistrate _Barry Ted Moskowitz_  Ctrm Dep _Christine M. Gibson_ /bg  Rptr _____

Asst U.S. Atty _Betsy Nartwig_  Tape No. _BTM 86-40:600-3248_

Attorney _Eugene Iredale_                                for (B) __Apt ✓Re

_____ for ( ) __Apt __Re
_____ for ( ) __Apt __Re
_____ for ( ) __Apt __Re
_____ for ( ) __Apt __Re
_____ Apt for Mat Wits

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DOA: _____  FIRST APPEAR: _____  __ Deft Arr on Complaint/ODC/OS

__ P/E  __ F/P  Removal Hrg: __Waived  __Set/Cont to _____

__ Case Dismissed - On oral Mot of _____  __ Ordered Removed

✓ Bail Review  __Affirmed  ✓Set at/~~Modified to~~ _$150,000 P/S + $10,000 cash dep co-sign of mother, wife, mother-in-law & father-in-law_ ~~Cont to~~ _+ add'l cnsds._

__ Deft N/A, on oral mot US Atty bond forf & B/W issued  __Bail _____

__ B/W withdrawn - Issd abs to mars  __Forf set aside  __Bond reinstated

__ Waiver of Ind fld  __Superseding __Ind  __Info filed  __Cert re Juv Del filed

__ Fld Consent to trial by Mag  __Deft states TN to be _____

✓ Arr & Plea (SI)  __Ch Plea (SI)  __Guilty Cts _____  ✓Not Guilty Cts _all_

__ Tendered Cts _____  __Nolo Contendre Cts_____  __Deny __Admits Juv Del Cts

__ Set/Cont to _____  __Bond Exonerated

__ Ref P/O for PSI & Sent set for _____  __OH set for _____

✓ Re-assigned to Judge _Brewster_ & Cont to _10-6-86 @ 9:00 a.m._

✓ for ✓Motion/Trial settg  __Dispo  __Hrg P/T Mots  __OSC __ _____

__ Rev Probation  __Admit  __Deny  __Ct finds deft __in viol __not in viol

__ Prob __revoked __terminated __reinstated on probation __ _____

__ Cont on Prob __Hrg cont to _____  __Remaining counts dismissed

__ Bail Review Mat Wits __Affirmed __ M/Ws Ord Rel; US Atty to prepare order

__ Set at/Modified to _____
_____ Cont to _____

__ Cts _____ __ISS __CAG _____  __Exec of (__balance) sent suspended

__ Prob for ___yrs ___months __Super __Unsuper __upon

__ Restitution ord __Sum of $_____ __payments __as determ by P/O

__ Fine $ _____  __Commtd pend pymt fine __exec stayed to _____

✓ Other _Detention hrg held. Deft has bail set of $150,000 P/S_

Date _10-3-86_    Entered Date _____        _BTM_

M/O 15 (revised 2/84)    Docket No.

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CRIMINAL CASE # 86-824-B
)
vs. ) ORDER RE CONDITIONS
Salvador Alonso ) OF PRETRIAL RELEASE;
Aldana (03) ) BAIL (18 USC 3142(c))

A hearing was held to determine the pretrial conditions of release of the defendant, pursuant to, 18 USC 3142. All matters considered, the Magistrate determined that an unconditional release pursuant to 18 USC 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community and that conditions of pretrial release are reasonably necessary pursuant to 18 USC 3142(c). Good cause appearing,

IT IS ORDERED that the defendant shall be released subject to the condition that he (she) not commit a federal, state, or local crime during the period of release and that the defendant shall comply with the conditions itemized below, as indicated (X) in accordance with 18 USC 3142(c)(2):

____ A. submit to supervision and custody of _____ designated as custodian;

_✓__ B. actively seek and maintain employment; w/permission of PMS

____ C. maintain an educational program;

_✓__ D. restrict travel to ( ✓ ) San Diego County, or ( ) State of California, or ( ) United States;

____ E. avoid all contact with the following persons _____;

_✓__ F. report on a regular basis to the Pretrial Services Agency (PSA) for pretrial supervision as directed by the assigned PSA officer; twice weekly

____ G. abide by a curfew remaining at (his) (her) residence between the hours of ____ P.M. and ____ A.M. of each day;

_✓__ H. refrain from possessing a firearm or other dangerous weapon;

_✓__ I. refrain from any use of narcotic drug or other controlled substance, as defined in 21 USC 802, without a lawful medical prescription;

____ J. submit to treatment as specified by the Pretrial Services Officer for ( ) drug or alcohol abuse, ( ) psychiatric or psychological counselling;

_✓__ K. execute a personal appearance bond in the amount of $ 150,000 secured by:
( ✓ ) a cash deposit with the court of $ 10,000, cash dep.
( ✓ ) a trust deed to the United States of real estate approved by the Magistrate and;
( ✓ ) other security: co-signed by mother; mother-in-law, father-in-law & wife

____ L. execute a bail bond by an approved solvent surety in the amount of $ _____;

____ M. return to custody at the Metropolitan Correctional Center at the hour of ____ (A.M.) (P.M) on _____;

____ N. surrender passport to the Court;

_✓__ O. other conditions: Trust deed is to be that of the house of mother-in-law & father-in-law

DATED: 10-3-86                    _____