# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    SALVADOR ALONSO-ALDAMA    [1]    86CR0824-BTM

[]                                            []

The Honorable:    ANTHONY J. BATTAGLIA

Atty    SARAH PELOQUIN, FD                for    [1]    -    PDA

Atty                                       for    []    -

Atty                                       for    []    -

AJB08-1: 1544-1549

AUSA: CARLOS CANTU

F/D ATTORNEY SARAH PELOQUIN

Staus Hearing held.  Court sets a Status hearing before Judge Moskowitz for 05/09/08 @ 10:30 a.m. before Judge Moskowitz.

Detention Hearing continued to 04/15/08 @ 1:30 p.m. before Magistrate Judge Battaglia.

Date:   04/04/08

by    YMM

END OF FORM