# United States District Court

**WARRANT FOR ARREST**

| | |
|---|---|
| **DISTRICT** | SOUTHERN DISTRICT OF CALIFORNIA |
| **UNITED STATES OF AMERICA** <br> v. <br> SALVADOR ALONSO-ALDAMA | **DOCKET NO.** 86-0824-B <br> **MAGISTRATE CASE NO.** <br> **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> SALVADOR ALONSO ALDAMA <br> aka "Chava" |

RECEIVED JUN 13 2 23 PM '88 U.S. MARSHAL

FILED 08 APR 16 AM 9:23 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: ____ DEPUTY

**WARRANT ISSUED ON THE BASIS OF:**
☒ Failure to Appear ☐ Order of Court
☐ Indictment ☐ Information ☐ Complaint

**DISTRICT OF ARREST**

**CITY**

**TO:** any U.S. Marshal or other authorized officer

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Failure to surrender at hearing requisite to filing petition of USCA affirming decision of the USDC:

21 USC 952, 960 & 963 – Conspiracy to import a controlled substance: Sched I: Marijuana,

21 USC 952, 960 & 963 – Importation of a controlled substance, and 18 USC 2

21 USC 846 & 841(a)(1) – Conspiracy to possess a controlled substance with intent to distribute.

21 USC 841(a)(1) – Possession of a controlled substance with intent to distribute.

ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL Deputy BY

| IN VIOLATION OF | UNITED STATES CODE TITLE <br> See above | SECTION |
|---|---|---|

**BAIL**

**OTHER CONDITIONS OF RELEASE**

| ORDERED BY <br> HON. RUDI M. BREWSTER | DATE ORDERED <br> June 13, 1988 |
|---|---|
| CLERK OF COURT / U.S. MAGISTRATE <br> WILLIAM W. LUDDY, Clerk | (BY) DEPUTY CLERK <br> T. Mason | DATE ISSUED <br> June 13, 1988 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.