1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone: (619) 234-8467, ext. 3716
4  Email: sara_peloquin@fd.org

5  Attorneys for Mr. Salvador Alonso-Aldama

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,      )   CASE NO.: 86CR0824-BTM
                                   )
12              Plaintiff,         )   DATE:   July 9, 2008
                                   )   TIME:   2:00 P.M.
13  v.                             )
                                   )   NOTICE OF MOTION AND
14  SALVADOR ALONSO-ALDAMA,        )   MOTION FOR:
                                   )
15              Defendant.         )   1) <u>RECONSIDERATION OF SENTENCE</u>
                                   )
16                                 )
17  _____)

18  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         JOHN PARMLEY, ASSISTANT UNITED STATES ATTORNEY:

19      **PLEASE TAKE NOTICE** that on Wednesday, July 9, 2008, at 2:00 p.m., or as soon thereafter as

20  counsel may be heard, the defendant, Salvador Alonso-Aldama, by and through his counsel, Sara Peloquin

21  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

22  below.

23  //
24  //
25  //
26  //
27  //
28  //

# MOTIONS

Salvador Alonso-Aldama, by and through his attorneys, Sara Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the, Fifth Amendment to the United States Constitution, Fed. R. Crim. P. 12, 16 and 35, and all other applicable statutes, case law and local rules, hereby moves this Court for:

1) Reconsideration of Sentence.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                      Respectfully submitted,

Dated: June 25, 2008         */s/ Sara M. Peloquin*
                                    **SARA M. PELOQUIN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Salvador Alonso-Aldama