**INDEX OF EXHIBITS**

<u>United States v. Salvador Alonso-Aldama</u>

86cr0824-BTM

| | **Page** |
|---|---|
| (Exhibit A) Docket Report | 1 |
| (Exhibit B) Complaint | 12 |
| (Exhibit C) Indictment | 17 |
| (Exhibit D) Presentence Report | 25 |
| (Exhibit E) Judgement and Commitment | 41 |