UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| Plaintiff,         ) | Case No. 86CR0824-BTM |
| ) | |
| v.         ) | |
| ) | CERTIFICATE OF SERVICE |
| SALVADOR ALONSO-ALDAMA,         ) | |
| ) | |
| Defendant.         ) | |
| _____         ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    John Parmley, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: June 25, 2008     /s/Sara M. Peloquin
    **SARA M. PELOQUIN**
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    Email: sara_peloquin@fd.org